MARTIN BOLLTEN, Respondent, *v.* NEW YORK CONTRACTING COMPANY et al., Appellants.

Reported below, 156 App. Div. 900.
(Submitted November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages to business and premises alleged to have been sustained through the construction of a subway in adjacent streets.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict is supported by the evidence; that no question of law was presented for review; that the exceptions were frivolous, and the appeal taken for purposes of delay only.

*Ira Skutch* for motion.

*James A. Deering* opposed.

Motion denied if defendants, within twenty days, stipulate that if judgment shall be affirmed in the case of

*Lincoln Safe Deposit Company* v. *City of New York,* the respondent may take judgment of affirmance *ex parte* in this case. On failure to give such stipulation the motion to dismiss this appeal is granted and the appeal dismissed, with costs and ten dollars costs of motion.